DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAURA J. HUGHES,**
Appellant,

v.

**GARETH J. HUGHES,**
Appellee.

No. 4D19-3298

[January 9, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; L.T. Case No. 19-8505.

Philip D. Parrish of Philip D. Parrish P.A., Miami, and Lawrence S. Katz of Lawrence S. Katz, P.A., Miami, for appellant.

Daniel S. Bushell of Bushell Law P.A., Fort Lauderdale and Andrew Lieberman of Wise Lieberman, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***